HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
MEGHAN D. MCLOUGHLIN, New York State Bar No. 5342100
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
RUDY SOTO, JR.,

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:20-cr-00092-DAD-BAM |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING HEARING; ORDER** |
| vs. | |
| RUDY SOTO, JR., | Date: October 26, 2020<br>Time: 9:00 a.m. |
| Defendant. | |

IT IS HEREBY STIPULATED AND REQUESTED, by and between the parties, through their respective counsel, Assistant United States Attorney Kimberly A. Sanchez, counsel for plaintiff, and Assistant Federal Defender Meghan D. McLoughlin, counsel for defendant, Rudy Soto, Jr., that: Mr. Soto pleaded guilty on August 4, 2020 and this case was set for sentencing on October 26, 2020 at 9:00 a.m. (ECF Nos. 24, 26). Unfortunately, due to obstacles in communication and conducting presentence investigation interviews due to COVID-19 restrictions, the Presentence Investigation Report ("PSR") will not be disclosed, and the parties will not be prepared to proceed with sentencing on October 26, 2020. As a result, the parties now move to continue the sentencing hearing currently set for October 26, 2020 to January 11, 2021 at 10:00 a.m.

Based on a sentencing date of January 11, 2021, the parties further stipulate that the

related PSR disclosure and objection deadlines would be as follows:

    (1) The PSR is to be disclosed to the parties on or before December 7, 2020;

    (2) Informal objections to the PSR are due to United States Probation on or before December 14, 2020;

    (3) The PSR will be filed with the Court on or before December 21, 2020; and

    (4) Formal objections are due to the Court on or before December 28, 2020.

IT IS SO STIPULATED.

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

Date: October 15, 2020      /s/ Kimberly A. Sanchez
KIMBERLY A. SANCHEZ
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: October 15, 2020      /s/ Meghan D. McLoughlin
MEGHAN D. McLOUGHLIN
Assistant Federal Defender
Attorney for Defendant
RUDY SOTO, JR.

**O R D E R**

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the sentencing hearing set for Monday, October 26, 2020 at 9:00 a.m. be continued to January 11, 2021 at 10:00 a.m.

IT IS SO ORDERED.

Dated:  **October 16, 2020**        /s/ Dale A. Drozd
                                                  UNITED STATES DISTRICT JUDGE