HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
KARA R. OTTERVANGER, CA Bar #354424
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
RUDY SOTO, JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>RUDY SOTO, JR.<br><br>　　　　Defendant. | Case No. 1:20-cr-00092-DAD-BAM<br><br>**JOINT STATUS REPORT/STIPULATION** |
|---|---|

**STIPULATION**

IT IS HEREBY STIPULATED by and between Eric Grant, United States Attorney and Nicholas Karp, Assistant U.S. Attorney, and counsel for defendant Rudy Soto, Jr., Assistant Federal Defender Kara R. Ottervanger, that the status conference set for November 19, 2025 at 2:00 pm before the Honorable Shiela K. Oberto should be converted to an admission hearing on the charges in the supervised release petition. Mr. Soto consents to magistrate jurisdiction for the taking of his admission.

The parties believe they have reached a resolution to this matter. The parties anticipate requesting a sentencing date of January 12, 2026, before the Honorable Judge Troy L. Nunley. U.S. Probation Officer Adrian Garcia concurs with this request.

//

//

1

|  | Respectfully submitted, |
|---|---|
| Dated: November 14, 2025 | |
| | ERIC GRANT<br>United States Attorney |
| | By    /s/ Nicholas Karp<br>NICHOLAS KARP<br>Assistant United States Attorney |
| | HEATHER E. WILLIAMS<br>Federal Defender |
| Dated: November 14, 2025 | /s/ Kara R. Ottervanger<br>KARA R. OTTERVANGER<br>Assistant Federal Defender<br>Attorney for RUDY SOTO JR. |

**ORDER**

IT IS SO ORDERED that the status conference scheduled for November 19, 2025, shall be converted to an admission hearing before the duty magistrate. The Defendant is ordered to appear.

IT IS SO ORDERED.

Dated:   **November 14, 2025**

STANLEY A. BOONE
United States Magistrate Judge

2