HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
KARA R. OTTERVANGER, CA Bar #354424
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
Rudy Soto, Jr.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:20-cr-00092-DAD |
| *Plaintiff,* | **ORDER FOR RELEASE FROM CUSTODY** |
| vs. | |
| RUDY SOTO, JR., | JUDGE: Hon. Dale A. Drozd |
| *Defendant.* | |

IT IS HEREBY ORDERED that Rud Soto Jr. (DOB 07/07/1988; USM 79081-097) shall be released from custody at FCI Mendota (33500 West California Avenue, Mendota, CA 93640), on February 10, 2026, at 9:00 a.m., to the custody of a representative of the Federal Public Defender's Office, Kevin Mitchel, for transport directly to the Fresno Salvation Army, located at 804 S Parallel Avenue, Fresno, California. He shall complete the program, participate fully and comply with all rules of the Salvation Army. All other conditions of Mr. Soto's term of supervised release shall remain in full force and effect.

IT IS SO ORDERED.

Dated:   **February 9, 2026**          _____

DALE A. DROZD
UNITED STATES DISTRICT JUDGE